UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

------------------------------------------------------x
JAMES BLEDSOE, :
an individual, : CASE NO.: 5:16-CV-1743-SMH-MLH
 :
      Plaintiff, : Judge: S. MAURICE HICKS
 :
vs. : Magistrate Judge: MARK L. HORNSBY
 :
BRIDGESTONE RETAIL :
OPERATIONS, LLC d/b/a FIRESTONE :
COMPLETE AUTO CARE :
 :
      Defendant. :
------------------------------------------------------x

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against defendant,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

SHREVEPORT, LOUISIANA, this __23rd__ day of _____May_____, 2017.



_____
JUDGE